IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:25-591 |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 853 |
| v. | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **DARRIUS CARSON,** | ) | |
| **KESHARDE BIVINGS,** | ) | |
| **a/k/a "Shawty Red,"** | ) | |
| **ANTHONY DEONTAE STEVENSON** | ) | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in or around 2024 and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina, the Defendants, **DARRIUS CARSON and KESHARDE BIVINGS, a/k/a "Shawty Red,"** knowingly and intentionally did combine, conspire, agree and have tacit understanding with others, both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as "fentanyl"), both schedule II controlled substances.

With respect to the Defendants listed below, the amount involved in the conspiracy attributable to each as a result of the Defendant's own conduct, and the conduct of other

conspirators reasonably foreseeable to the Defendant, is:

    a.    With respect to the Defendant, **DARRIUS CARSON**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is a quantity of a mixture or substance containing a detectable amount of methamphetamine, and 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as "fentanyl") in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C);

    b.    With respect to the Defendant, **KESHARDE BIVINGS, a/k/a "Shawty Red,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is a quantity of a mixture or substance containing a detectable amount of methamphetamine, and 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as "fentanyl") in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about December 4, 2024, in the District of South Carolina, the Defendant, **KESHARDE BIVINGS, a/k/a "Shawty Red,"** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as "fentanyl");

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about December 6, 2024, in the District of South Carolina, the Defendant, **KESHARDE BIVINGS, a/k/a "Shawty Red,"** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about December 10, 2024, in the District of South Carolina, the Defendant, **KESHARDE BIVINGS, a/k/a "Shawty Red,"** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

3

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

That on or about December 10, 2024, in the District of South Carolina, the Defendant, **KESHARDE BIVINGS, a/k/a "Shawty Red,"** knowingly possessed firearms and ammunition in and affecting interstate commerce, to wit a Sig Sauer P320, 9mm pistol; an ISSC, M22, .22 caliber pistol; 9mm ammunition; and .22 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6

THE GRAND JURY FURTHER CHARGES:

That on or about December 18, 2024, in the District of South Carolina, the Defendants, **KESHARDE BIVINGS, a/k/a "Shawty Red," and DARRIUS CARSON**, knowingly possessed firearms and ammunition in and affecting interstate commerce, to wit Smith and Wesson model 3913 9mm pistol, Jimenez Arms Inc. model JA380 caliber pistol, Glock model 26Gen5 9mm pistol, Ruger model Mark II .22 caliber pistol, Sig Sauer model P228 9mm pistol, Smith and Wesson model 2206 .22 caliber pistol, Nova model WASR-M 9mm rifle, Taurus model G2C 9mm pistol, and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime; and did aid and abet each other in doing so;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and 2.

## COUNT 7

THE GRAND JURY FURTHER CHARGES:

That on or about January 8, 2025, in the District of South Carolina, the Defendant, **KESHARDE BIVINGS, a/k/a "Shawty Red,"** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as "fentanyl"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

THE GRAND JURY FURTHER CHARGES:

That on or about January 8, 2025, in the District of South Carolina, the Defendants, **KESHARDE BIVINGS, a/k/a "Shawty Red," and ANTHONY DEONTAE STEVENSON**, knowingly possessed firearms and ammunition in and affecting interstate commerce, to wit a Sig Sauer, P938, 9mm pistol; Ruger Speed Six .38 caliber revolver; CZ Scorpion EVO 3 S1, 9mm pistol; and ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime; and did aid and abet each other in doing so;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and 2.

## COUNT 9

THE GRAND JURY FURTHER CHARGES:

That on or about January 29, 2025, in the District of South Carolina, the Defendant, **KESHARDE BIVINGS, a/k/a "Shawty Red,"** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

THE GRAND JURY FURTHER CHARGES:

That on or about February 27, 2025, in the District of South Carolina, the Defendant, **DARRIUS CARSON,** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as "fentanyl");

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

# FORFEITURE

DRUG OFFENSES:

Upon conviction for felony violation of Title 21, United States Code as charged in this Indictment, the Defendants, **DARRIUS CARSON** and **KESHARDE BIVENS, a/k/a "Shawty Red"**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation(s) of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

Proceeds/Forfeiture Judgment:

A sum of money equal to all property Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result of their violations of 21 U.S.C. §§ 841 and 846.

SUBSTITUTION OF ASSETS:

If any forfeited property being subject to forfeiture, as a result of any act or omission of a Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

7

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the forfeitable property.

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).



A _____ True _____ Bill

REDACTED

FOREPERSON

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: _____
Carrie Fisher Sherard (Fed. ID 10134)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Tel:   864-282-2100
Fax:   864-233-3158
Email: carrie.a.fisher@usdoj.gov